# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136114(63)(67)(69)(72)

KEITH GAYLE DAVIS,
          Plaintiff-Appellee,

v

FOREST RIVER, INC.,
          Defendant-Appellant,
and

KITSMILLER RV, INC.,
          Defendant.

_____

SC: 136114
COA: 270478
Ingham CC: 04-000064-CP

      On order of the Chief Justice, motions by General Motors Corporation and Chrysler LLC for leave to file briefs *amicus curiae* are considered and they are GRANTED. The motion by the Consumer Law Section of the State Bar of Michigan for extension to October 21, 2008 of the time for filing its brief *amicus curiae* is considered and it is GRANTED. The motion by Chrysler LLC for oral argument is GRANTED. Five minutes of the time allotted defendant-appellant will be reserved for the argument by Chrysler LLC.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2008

_____
Clerk